1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DAVID COUNTRYMAN (CABN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7303
7      FAX: (415) 436-7234
       david.countryman@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-03963 MEJ |
| Plaintiff, | STIPULATION TO STAY |
| v. | |
| THE REAL PROPERTIES AND IMPROVEMENTS LOCATED AT 951 LA GONDA WAY, DANVILLE, CA 94526; 87 PANORAMIC DRIVE, WALNUT CREEK, CA 94595, AND 9005 NORTH LAKE BOULEVARD, KINGS BEACH, CA 96143, | |
| Defendants. | |

    Potential claimant Anthony Keslinke and plaintiff United States of America, hereby jointly request that the above referenced civil forfeiture case be stayed and "administratively closed" for purposes of the Civil Justice Reform Act reporting requirements pending the completion of the related criminal prosecution.

///

///

REQUEST FOR ADMIN. CLOSURE
AND PROPOSED ORDER
CASE NO. 14-03963MEJ

> The effect of an administrative closure is no different from a simple stay, except that it affects the count of active cases pending on the court's docket; i.e., administratively closed cases are not counted as active. See Lehman v. Revolution Portfolio LLC, 166 F.3d 389, 392 (1st Cir. 1999) ("This method is used in various districts throughout the nation in order to shelve pending, but dormant, cases.") In contrast, cases stayed, but not closed, are counted as active. This case still exists on the docket of the district court and may be reopened upon request of the parties or on the court's own motion.

Mire v. Full Spectrum Lending Inc., 389 F.3d 163, 167 (5th Cir. 2004); see also 18 U.S.C. § 981(g)(1); The Guide to Judiciary Policies & Procedures, Vol. 11, Chapter 14, Exhibit 1.

The parties submit that the record of this case provides facts sufficient to support administrative closure. Anthony Keslinke is currently under investigation by the Government and there is a pending related criminal prosecution before this Court. See United States v. Keslinke, CR 14-00237 JST. Because Anthony Keslinke is the subject of a related criminal case, continuation of the forfeiture proceeding will burden his right against self-incrimination in the related criminal case. Thus, Anthony Keslinke requests a stay pursuant to 18 U.S.C. § 981(g)(2). The United States requests a stay under 18 U.S.C. § 981(g)(1), as civil discovery would adversely affect the prosecution of the related criminal case.

Dated: 9/18/2014

/S/_____
MARTHA A. BOERSCH
Attorney for Potential Claimant

Dated: 9/18/2014

/S/_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

# [PROPOSED] ORDER TEMPORARILY ADMINISTRATIVELY CLOSING CASE

UPON CONSIDERATION of the parties Request for Temporary Administrative Closure, the entire record, and for good cause shown, it is by the Court on this __26th__ day of ____September____, 2014

ORDERED that the instant case be, and hereby is STAYED and ADMINISTRATIVELY CLOSED for purposes of the Civil Justice Reform Act reporting requirements, until the resolution of United States v. Keslinke, CR 14-00237 JST;

IT IS FURTHER ORDERED this case still exists on the docket of the district court and may be reopened upon request of the United States or Anthony Keslinke or on the court's own motion.

IT IS SO ORDERED this __26th__ day of __September__ 2014.

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Stipulation to Stay

to be served this date via United States first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Kenneth Joriet<br>951 La Gonda Way<br>Danville, CA 94526 | Martha Boersch, Esq<br>Boersch Shapiro LLP<br>235 Montgomery Street, Suite 835<br>San Francisco, CA 94104<br>Attorney for Anthony Keslinke |
| Kenneth Joriet<br>485 Railroad Avenue<br>Pittsburg, CA 94565-2246 | Wells Fargo Bank, N.A.<br>c/o NBS Default Services, LLC<br>301 E. Ocean Blvd., Suite 1720<br>Long Beach, CA 90802 |
| Aloha Property LLC<br>c/o Jason Gonzalez<br>87 Panoramic Way<br>Walnut Creek, CA 94595-1605 | The D. and G. Littman Trust<br>c/o Gloria Littman<br>P.O. Box 1768<br>Medford, OR 97501 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of September, 2014, at San Francisco, California

___/S/_____
CAROLYN JUSAY
Asset Forfeiture Unit
FSA Paralegal

REQUEST FOR ADMIN. CLOSURE
AND PROPOSED ORDER
CASE NO. 14-03963MEJ